UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendant. | Civil Action No. 26-1520 (DLF) |

## ANSWER

Defendant, the United States Environmental Protection Agency ("EPA" or "Agency"), by and through the undersigned counsel, hereby responds to the Complaint filed by Plaintiff, Functional Government Initiative ("FGI") at ECF No. 1, as follows:

## RESPONSE TO UNNUMBERED PARAGRAPH

This paragraph does not contain allegations of fact but rather Plaintiff's characterization of the present action, to which no response is required. To the extent that a response is deemed required, Defendant admits that Plaintiff purports to bring this action pursuant to the Freedom of Information Act ("FOIA") but otherwise denies the allegations in this paragraph.

## RESPONSE TO NUMBERED PARAGRAPHS

## JURISDICTION AND VENUE[1]

1. Paragraph 1 constitutes a conclusion of law regarding jurisdiction, to which no response is required. To the extent a response is required, Defendant admits that this Court has jurisdiction over claims involving proper FOIA requests, subject to the terms and limitations of FOIA.

2. Paragraph 2 constitutes a conclusion of law regarding venue, to which no response is required. To the extent that a response is deemed required, Defendant admits only that venue is proper in this judicial district for claims under FOIA.

## PARTIES

3. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 3.

4. Defendant admits the allegations in the first sentence in Paragraph 4 of the Complaint. The allegations in the second sentence of Paragraph 4 are legal conclusions to which no response is required.

## STATEMENT OF FACTS

5. Defendant admits that Plaintiff submitted three FOIA requests to the Agency dated September 28, 2025, and respectfully refers the Court to those requests for a complete and accurate statement of their contents. Defendant denies the allegations in this paragraph to the extent

---

[1]   For ease of reference, Defendant replicates the headings contained in the Complaint. Although Defendant believes that no response is required to such headings, to the extent a response is deemed required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

inconsistent with the content of those requests. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in this paragraph.

6. Paragraph 6 of the Complaint consists of statements of law and legal conclusions to which no response is required.

7. Paragraph 7 of the Complaint consists of characterizations of a March 15, 2022 memorandum issued by Former Attorney General Merrick Garland to which no response is required. To the extent a response is deemed required, Defendant respectfully refers the Court to that memorandum for a complete and accurate statement of its contents.

8. The allegations in Paragraph 8 of the Complaint consist of legal conclusions to which no response is required. To the extent a response is deemed required, Defendant admits that, as of the filing date of this action, Defendant had not produced any documents in response to the requests or issued a final determination on the requests.  In further response, Defendant avers that it completed its response to two of the Plaintiff's FOIA requests after the filing of the Complaint (FOIA requests 2025-EPA-09274 and 2025-EPA-09275, responses completed on May 18, 2026 and May 5, 2026, respectively) and is finalizing its response to Plaintiff's final FOIA request (2025-EPA-09273).

9. The allegations in Paragraph 9 of the Complaint consist of legal conclusions to which no response is required.

**A.      FGI's FOIA REQUEST FOR RECORDS RELATING TO A FORMER DEPUTY ASSISTANT ADMINISTRATOR'S COMMUNICATIONS WITH NORTH CAROLINA STATE UNIVERSITY.**

10. Defendant admits it received a FOIA request dated September 28, 2025 from Plaintiff, and that a copy of the request is attached as Exhibit A to the Complaint. Defendant respectfully refers the Court to the referenced request for a complete and accurate statements of its contents

and denies the allegations in this paragraph to the extent inconsistent with the content of that request.

11. Defendant admits that it sent an email dated September 28, 2025 to Plaintiff, that it assigned the request tracking number 2025-EPA-09273, and that a copy of that email is attached as Exhibit B to the Complaint.  Defendant respectfully refers the Court to that email for a complete and accurate statement of its contents and denies the allegations in this paragraph to the extent inconsistent with the content of that email.

12. Defendant admits that it sent an email to Plaintiff dated October 3, 2025 and that a copy of that email is attached as Exhibit C to the Complaint.  Defendant respectfully refers the Court to that email for a complete and accurate statement of its contents and denies the allegations in this paragraph to the extent inconsistent with the content of that email.

13. Defendant admits that it sent an email to Plaintiff dated April 9, 2026 and that a copy of that email is attached as Exhibit D to the Complaint.  Defendant respectfully refers the Court to that email for a complete and accurate statement of its contents and denies the allegations in this paragraph to the extent inconsistent with the content of that email.

14. Defendant admits that it did not complete its response to FOIA request 2025-EPA-09273 before the Complaint was filed and that it had not produced any records in response to that request as of the filing date of this action.  Defendant denies any implication in this paragraph of a violation of FOIA.

**B.    FGI'S FOIA REQUEST FOR RECORDS RELATING TO A FORMER DEPUTY ASSISTANT ADMINISTRATOR'S COMMUNICATIONS WITH OUTSIDE ADVOCACY ORGANIZATIONS.**

15. Defendant admits it received a FOIA request dated September 28, 2025 from Plaintiff and that a copy of that request is attached as Exhibit E to the Complaint. Defendant respectfully refers

the Court to the referenced request for a complete and accurate statements of its contents and denies the allegations in this paragraph to the extent inconsistent with the content of that request.

16. Defendant admits that it sent an email to Plaintiff dated September 28, 2025, assigned the request tracking number 2025-EPA-09274, and that a copy of that email is attached to the Complaint as Exhibit F.  Defendant respectfully refers the Court to that email for a complete and accurate statement of its contents and denies the allegations in this paragraph to the extent inconsistent with the content of that email.

17. Defendant admits that it sent an email to Plaintiff dated October 3, 2025 and that a copy of that email is attached to the Complaint as Exhibit G.  Defendant respectfully refers the Court to that email for a complete and accurate statement of its contents and denies the allegations in this paragraph to the extent inconsistent with the content of that email.

18. Defendant admits that it sent an email to Plaintiff dated April 9, 2026 and that a copy of that email is attached to the Complaint as Exhibit H.  Defendant respectfully refers the Court to that email for a complete and accurate statement of its contents and denies the allegations in this paragraph to the extent inconsistent with the content of that email.

19. Defendant admits that it did not complete its response to FOIA request 2025-EPA-09274 before the Complaint was filed but avers it completed its response to that request on May 18, 2026. Defendant denies any implication in this paragraph of a violation of FOIA.

**C.     FGI'S FOIA REQUEST FOR RECORDS OF COMMUNICATIONS WITH THE WHITE HOUSE RELATING TO EPA'S UNIFORM GUIDANCE GOVERNING FEDERAL FUNDED FINANCIAL ASSISTANCE AWARDS.**

20. Defendant admits it received a FOIA request dated September 28, 2025 from Plaintiff and that a copy of the request is attached to the Complaint as Exhibit I. Defendant respectfully refers

the Court to the referenced request for a complete and accurate statements of its contents and denies the allegations in this paragraph to the extent inconsistent with the content of that request.

21. Defendant admits that it sent an email to Plaintiff dated September 28, 2025, that it assigned the request tracking number 2025-EPA-09275, and that a copy of that email is attached to the Complaint as Exhibit J.  Defendant respectfully refers the Court to that email for a complete and accurate statement of its contents and denies the allegations in this paragraph to the extent inconsistent with the content of that email.

22. Defendant admits that it sent an email to Plaintiff dated October 23, 2025 and that a copy of that email is attached to the Complaint as Exhibit K.  Defendant respectfully refers the Court to that email for a complete and accurate statement of its contents and denies the allegations in this paragraph to the extent inconsistent with the content of that email.

23. Defendant admits that it sent an email to Plaintiff dated April 9, 2026 and that a copy of that email is attached to the Complaint as Exhibit L.  Defendant respectfully refers the Court to that email for a complete and accurate statement of its contents and denies the allegations in this paragraph to the extent inconsistent with the content of that email.

24. Defendant admits that it did not complete its responses to FOIA request 2025-EPA-09275 before the Complaint was filed but avers it completed its response to that request on May 5, 2026. Defendant denies any implication in this paragraph of a violation of FOIA.

## CAUSE OF ACTION
### (Violation of FOIA, 5 U.S.C. § 552)

25. Defendant incorporates by reference its responses to Paragraphs 1 through 24 of the Complaint as if fully set out herein.

26. The allegations in Paragraph 26 of the Complaint consist of legal conclusions to which no response is required. To the extent a response is required this allegation is denied.

27. Defendant denies the allegations in Paragraph 27 of the Complaint.

### PRAYER FOR RELIEF

The remaining paragraph of the Complaint constitute Plaintiff's request for relief, to which no response is required.  To the extent a response is required, Defendant denies that Plaintiff is entitled to the relief requested. Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant asserts a general denial as to those allegations that are contained in the Complaint that are not specifically admitted herein.

### DEFENSES

Defendant alleges the following defenses to the Complaint. In asserting these defenses, Defendant does not assume the burden to establish any fact or proposition where that burden is properly imposed upon Plaintiff.

### First Defense

Plaintiff is not entitled to compel production of records exempt from disclosure by one or more of the exclusions or exemptions to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, the Privacy Act, 5 U.S.C. § 552a, or other applicable law.

### Second Defense

Plaintiff is not entitled to recover attorneys' fees and costs.

### Third Defense

The Court lacks subject-matter jurisdiction to award relief that exceeds that authorized by FOIA.

Defendant reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to it through the course of litigation.

- 8 -

Dated:  June 4, 2026                    Respectfully submitted,
         Washington, DC

                                        JEANINE FERRIS PIRRO
                                        United States Attorney


                                        By:/s/ Tara Derbisz
                                            TARA DERBISZ
                                            Assistant United States Attorney
                                            601 D Street, NW
                                            Washington, DC 20530
                                            (202) 809-0784
                                            Tara.derbisz@usdoj.gov

                                        *Attorneys for the United States of America*