UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FUNCTIONAL GOVERNMENT INITIATIVE,

Plaintiff,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

Defendant.

Civil Action No. 26-1520 (DLF)

**JOINT STATUS REPORT**

Plaintiff Functional Government Initiative and Defendant, the United States Environmental Protection Agency ("EPA" or "Agency"), by and through their respective undersigned counsel, respectfully submit this Joint Status Report pursuant to this Court's July 5, 2026 Minute Order.

**THE STATUS OF PLAINTIFF'S FOIA REQUESTS**

Plaintiff initiated this FOIA matter on May 1, 2026, which seeks the release of records responsive to three FOIA requests that Plaintiff submitted to the Agency on September 28, 2025. *See* Compl., ECF No. 1, ¶¶ 10, 15, 20. The first FOIA request was assigned tracking number 2025-EPA-09273; the second 2025-EPA-09274; and the third 2025-EPA-09275. *Id.* ¶¶ 11, 16, 21. On June 4, 2026, Defendant filed its Answer. *See generally* ECF No. 6.

Defendant has completed all searches for responsive documents as well as productions for all three FOIA requests. The Plaintiff continues its review of the documents produced by the Agency, and both parties anticipate meeting and conferring to resolve remaining issues without requiring involvement from this Court. In light of this update, the parties propose to file a further status report in ninety days, or on or before December 29, 2026.

Dated: September 30, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ William J. Olson
WILLIAM J. OLSON
William J. Olson, P.C.
370 Maple Avenue, West, Suite 4
Vienna, VA 22180-5615
(703) 356-5070 (telephone)
(703) 356-5085 (fax)
wjo@mindspring.com

*Counsel for Plaintiff*

By: */s/ Tara Derbisz*
TARA DERBISZ
D.C. Bar # 252597
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 809-0784
Tara.derbisz@usdoj.gov

*Attorneys for the United States of America*